LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* MARTIN.

LUMPKIN, J.    There was no abuse of discretion in granting a first new trial in this case.    *Judgment affirmed.    All the Justices concur.*
                    AUGUST 12, 1913.

Action for damages.    Before Judge Fite.    Gordon superior court.    April 15, 1912.

*O. N. Starr* and *D. W. Blair,* for plaintiff in error.

*Maddox, McCamy & Shumate* and *T. W. Skelly,* contra.